#4

Walter Behanna
WCCF
100 W. Cherry Ave
Washington, PA.
15301

ISBE/KCB

AND FEE / NO IFP

**RECEIVED**
MAR 31 2020
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

In Propria Persona

United States District Court of
Pittsburg, Pennsylvania
Civil Division

| | |
|---|---|
| Walter Behanna, Debbie Baxter Behanna, Plaintiffs, <br><br> V. <br><br> Commonwealth of Pennsylvania, and Does 1 Through 100 Inclusive, <br><br> Defendants. | Case no. 20-444 <br> Civil Right Complaint <br> 42 U.S.C. § 1983 <br><br> Pendant Jurisdiction under 29 USC §§ 1331-1343 That This Court is Proper Venue |

1) Plaintiff, Walter Behanna alleges as follows:
2) That the True Names of Doe defendants are unknown to the Plaintiff, who therefore sues as fictitious, the True Names of

1 of 5 Pages

The Doe defendants shall be Amended when the Plaintiff ascertains the same

3) That at all times herein this Cause, the defendant(s) and each of them did willfully with wanton disregard abuse their positions as County employees, causing the damages set forth herein this Cause.

4) That the defendant(s) and each of them acted under Color of Law using their places of employment to willfully deprive this Plaintiff his guaranteed Constitutional Rights through their actions or omissions to act either directly or indirectly causing Compensatory and other equitable damages set forth herein this Cause.

5) That on or about January 21st 2020 at approximately 11:00 AM the Plaintiff was detained by Heather Testa Probation officer of Washington County.

6) Ms. Testa then drove the Plaintiff to his wifes address 282 Shannon Rd. Monongahela PA. 15063, therefore violating this Plaintiffs No Contact Order by said Agent to conduct a warrantless search of his wifes property.

7) That Miss Testa, had no Probable Cause to search, the property belonging to the Plaintiff(s) and each of them.

2 of 5 Pages

Case 2:20-cv-00444-LPL   Document 1 Filed 04/01/20   Page 3 of 5

8) That during Testa's unlawful exploratory search of the aforesaid address Ms. Testa found the Plaintiff's sister's cell phone and did confiscated and searched and retrieve personal data belonging to Linda Ross who therefore amends herself as a Plaintiff to this Cause of Action.

9) That at Criminal Case No. CP-63-CR-3143-2017 Commonwealth of Pennsylvania v. Walter Behanna the supervising Agent Testa was appointed, and Leslie Ridge D.A. and Honorable John F. DiSalle, are parties to that action, mentioned as Doe defendants.

10) That the aforesaid defendant(s) destroyed the cell phone of Linda Ross in an attempt to seek evidence of a crime to violate this Plaintiff's Probation.

11) That as a result of Plaintiff's arrest on 1-21-2020 for the aforesaid reasons the Plaintiff has remained in confinement on what appears to be an unlawful detainer as no law or infractions were committed.

12) That the defendant(s) and each of them thus declared and committed this plaintiff in a Psychiatric evaluation in and at Torrence State Mental Hospital.

### 1st Cause of Action

Plaintiff's 4th USC Amendment Right was deprived by the defendant's and

12 Continued.

each of Them, when they:

A) Detained the Plaintiff,
B) Search the plaintiff(s) premises,
C) Deprived a Private Citizen Ms. Linda Ross her Cellular phone,
D) Search and retreived personal data from Ms. Ross's cell phone.

## 2nd Cause of Action

Plaintiff(s) 8th USC Amendment was deprived by the defendants and each of them when they:

A) Detained the Plaintiff
B) Abused Process
C) Referred Plaintiff to mental health Evaluation at a state mental hospital against his will.
D) Acted under Color of State Law by Abusing their positions as County employees to detain, search, and subjugate mentalness against this Plaintiff.

## Damages

As a result of the defendant(s) and each of them Plaintiff(s) has suffered and do claim damages as follows:

A) Loss of Love and anxiety

Damages Continued

## Compensatory Damages

and entrepcurureship $100,000.00.

B) Unlawful detainer $1000. per day, to date.

C) Replace an Android 10 cell phone for Ms. Ross at $2000.00

D) Grant a declaratory Judgement against the defendants and an injunction Relief.

E) Grant such other relief this Honorable Court deems Necessary.

F) Order the defendant(s) pay the Court fees To Wit.

## Verification

I, Walter Behanna, hereby declare the Aforesaid Statements are true and correct except for statements made on information, and As to those statements I believe them to be true Also, I declare under Penalty of Perjury the Aforesaid Statements are True and Correct Executed on this 16th day of February 2020.

*Walter Behanna*
Walter Behanna
Plaintiff/Declarant

5 of 5 pages