IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BEHANNA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 20-444 |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 23, 2021, the Magistrate Judge issued a Report (Doc. 54) recommending that Defendants' Motions to Dismiss (Docs. 17, 20 & 38) be granted. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.[1]

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendants' Motions to Dismiss (**Docs. 17, 20 & 38**) are **GRANTED**; the claims against these (only) remaining Defendants are **DISMISSED WITH PREJUDICE**; and the Magistrate Judge's R&R (Doc. 54) is adopted as the Opinion of the District Court.

---

[1] A copy of the R&R was transmitted to Plaintiff Debbie Behanna's address-of-record, and was returned to the Court undeliverable. It is the litigants' responsibility to keep current their address-of-record, and any failure to do so will be to their detriment. *See generally* Peterson v. Glunt, 2011 WL 6955812, *2 (W.D. Pa. Dec. 8, 2011) (collecting cases).

    IT IS SO ORDERED.

March 22, 2021                                                                   s\Cathy Bissoon  
                                                                                      Cathy Bissoon  
                                                                                      United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Walter Behanna  
QD 5260  
SCI Phoenix  
1200 Mokychic Drive  
Collegeville, PA  19426